UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luigj Selca,

    Plaintiff,

–v–

B.M.H. Realty LTD., *et al.*,

    Defendants.

19-cv-3985 (AJN)

ORDER

NOV 2 0 2019

ALISON J. NATHAN, District Judge:

Pursuant to the Case Management Plan and Scheduling Order entered in this case, the parties were to submit a letter by November 8, 2019, indicating whether they sought referral to the Southern District's Mediation Program or to a Magistrate Judge for a settlement conference. *See* Dkt. No. 18. The Court is not in receipt of that letter. The parties are hereby ordered to submit such a letter on or before November 26, 2019.

SO ORDERED.

Dated: November ___, 2019
    New York, New York

_____
ALISON J. NATHAN
United States District Judge