# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

December 20, 2019

**VIA ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

   Re: *Luigj Selca v. B.M.H. Realty Ltd., et al.*,
      SDNY Case No. 1:19-cv-03985 (AJN)

Dear Judge Nathan:

  This firm represents Defendants in the above-referenced action. The parties having completed document discovery sufficient to participate in mediation, pursuant to Sections 1.A and 1.D of Your Honor's Individual Practices in Civil Cases, we write to respectfully request that any further discovery, including deposition of fact witnesses, be stayed pending outcome of the upcoming mediation session with the Southern District's Mediation Office, scheduled for Monday, February 3, 2019.

  Per Your Honor's Civil Case Management Plan and Scheduling Order, entered September 11, 2019, the parties were directed to complete fact-discovery no later than January 6, 2020. (No expert discovery was requested or scheduled in this matter.) As of this writing, while document discovery is complete, depositions of party- and fact-witnesses remain outstanding.

  At the parties' joint request, via Order entered December 5, 2019, Your Honor referred this matter for mediation to the Court-annexed Mediation Program. A mediator has been assigned, and a mediation session has been scheduled for Monday, February 3, 2019.

  The parties believe that the discovery completed to date has disclosed sufficient information to engage in productive mediation, and would like to attempt resolution of this matter through that process in lieu of proceeding with depositions at this time. Accordingly, the parties jointly request that further discovery be stayed pending outcome of the mediation. The parties likewise request that the Case Management Conference before Your Honor set for January 17, 2020 at 3:00 pm also be adjourned *sine die*, until after the parties advise the Court as to the outcome of mediation. This is the first request by either party for an adjustment of the deadlines in the Case Management Plan and Scheduling Order, and is made on consent.

CLIFTON BUDD & DeMARIA, LLP

Honorable Alison J. Nathan
December 20, 2019
Page 2

      Should the parties be unsuccessful in resolving their dispute at mediation, the parties will write to the Court to propose a new schedule for completion of any outstanding discovery for Your Honor's review.

      We thank Your Honor for consideration of this request.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendants*

By: Stephen P. Pischl

cc: **VIA ECF**
    The Law Offices of William Cafaro
    *Attorneys for Plaintiff*

---

In light of the upcoming mediation scheduled for February 3, 2020, discovery is hereby stayed. If the mediation is unsuccessful, then all fact discovery must be completed by February 24, 2020. The case management conference currently scheduled for January 17, 2020 is adjourned to March 13, 2020 at 4:00 p.m.
SO ORDERED.

SO ORDERED: 12/23/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE