USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGJ SELCA,

          Plaintiff,

-against-

B.M.H. REALTY LTD., et al.,

          Defendants.

1:19-cv-03985-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

Whereas this case has been assigned to me for all purposes, it is hereby,

ORDERED that the Case Management Conference previously scheduled for March 13, 2020 is adjourned.

Counsel are directed to submit a joint letter to the Court via ECF no later than **4:00PM on February 17, 2020.** The letter must be no longer than two pages and should include the status of the Parties' mediation and whether any further proceedings in this case are necessary.

**SO ORDERED.**

Date: **February 11, 2020**
      **New York, NY**

_____
MARY KAY VYSKOCIL
**United States District Judge**